```
1   DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
2   P O BOX 50013
    SAN JOSE, CA  95150-0013
3
    Telephone: (408) 354-4413
4   Facsimile:  (408) 354-5513

5   Trustee for Debtor
```

**CLERK**

**FILED**

APR 20 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| PATTI HUSKEY STERLING | Case No. 05-54537 MM |
| Debtor | **NOTICE OF UNCLAIMED DIVIDEND** |

The final dividend to Creditor, SALINAS VALLEY RADIOLOGISTS in the above entitled matter was returned marked:  CRED DID NOT FILED CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $16.65 as an unclaimed dividend.

  Claim # 33    SALINAS VALLEY RADIOLOGISTS
                945 S MAIN ST #201
                SALINAS, CA  93901

Dated: April 16, 2010                    _____
                                         DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

**CLERK**

December 12, 2009

Salinas Valley Radiologists
627 Brunken Ave #A
Salinas, CA 93901-5012

RE: Patti Sterling
Chapter 13 No: 05-5-4537MM

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

NOV 17 2009

DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

NIXIE        951   DE 1         OO 11/15/09

             RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 951500013913            *1055-09413-12-42

SALINAS VALLEY RADIOLOGISTS
945 S MAIN ST #201
SALINAS, CA 93901